IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IVORY JOE VALENTINE, | | No. C 15-5933 WHA (PR) |
| | Petitioner, | **ORDER OF TRANSFER** |
| v. | | |
| SPEARMAN, Warden, | | (Dkt. No. 2, 4) |
| | Respondent. | |

Petitioner is a state prisoner currently incarcerated at the California Training Facility in Soledad, California. He has filed a petition for a writ of habeas corpus under 28 U.S.C. 2254 challenging a conviction and sentence obtained in 1986 in Orange County Superior Court.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Petitioner challenges a judgment from Orange County, which lies within the venue of the Central District of California. Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the

Central District of California. In light of the transfer, this Court will not resolve whether petitioner may proceed in forma pauperis.

The clerk shall transfer this matter forthwith and terminate docket numbers 2 and 4 from this court's docket.

**IT IS SO ORDERED.**

Dated: January   31  , 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2