IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVORY JOE VALENTINE,

    Petitioner,

v.

SPEARMAN, Warden,

    Respondent.

No. C 15-5993 WHA (PR)

**ORDER OF TRANSFER**

(Dkt. No. 2, 4)

    Petitioner is a state prisoner currently incarcerated at the California Training Facility in Soledad, California. He has filed a petition for a writ of habeas corpus under 28 U.S.C. 2254 challenging a conviction and sentence obtained in 1986 in Orange County Superior Court.

    A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

    Petitioner challenges a judgment from Orange County, which lies within the venue of the Central District of California. Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the

1  Central District of California.  In light of the transfer, this Court will not resolve whether
2  petitioner may proceed in forma pauperis.
3      The clerk shall transfer this matter forthwith and terminate docket numbers 2 and 4 from
4  this court's docket.
5      **IT IS SO ORDERED.**

Dated: January __31__, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY JOE VALENTINE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARION SPEARMAN,<br><br>    Defendant. | Case No. 3:15-cv-05993-WHA<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 2/2/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Ivory Joe Valentine ID: D-42915
    CTF Soledad
    P O Box 689
    Soledad, CA 93960

Dated: 2/2/2016

    Susan Y. Soong
    Clerk, United States District Court

    By: *Dawn Logan*
    Dawn Logan, Deputy Clerk to the
    Honorable WILLIAM ALSUP