UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 16-225 DMG (MRW) | Date | February 18, 2016 |
|---|---|---|---|
| Title | Valentine v. Spearman | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: SUMMARY DISMISSAL

    This is a habeas action by a state prisoner. The Court's preliminary review of the petition (Habeas Rule 4) reveals that its contents appear to be virtually indistinguishable from other actions that Petitioner commenced in this federal court recently. See Valentine, SA CV 15-2177 DMG (MRW) (C.D. Cal.); Valentine, SA CV 16-26 DMG (MRW) (C.D. Cal.).

    Petitioner is not entitled to file an unlimited number of habeas actions in federal court. Rather, AEDPA restricts state prisoners to a single action unless prior authorization is received from the federal appellate court. 28 U.S.C. § 2243. Moreover, Petitioner faces the risk of being deemed a "vexatious litigant" and losing his right to file an action of any type in this Court.

    Petitioner is directed to file a statement (not to exceed 3 pages) by March 14 explaining why he filed multiple cases in this Court and whether – and how – they differ from each other in any material way. Alternatively, he may voluntarily dismiss this action. Failure to submit an appropriate and timely response to this order will lead to the dismissal of the action with prejudice under Federal Rule of Civil Procedure 41.